IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN GATTO, | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 2:21-cv-1216 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : |
| **Defendant.** | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. Portfolio Recovery Associates, LLC is a defendant in a civil action originally commenced by Praecipe for Writ of Summons on or about December 7, 2020 in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Allan Gatto v. Portfolio Recovery Associates, LLC* and docketed to Case No.: GD-20-012340.

2. Plaintiff filed his Complaint on August 13, 2021.

3. This removal is timely under 28 U.S.C. § 1446(b). PRA received service of Plaintiff's Complaint by first class mail on August 17, 2021.

4. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

5.     The District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

6.     On this date, PRA has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District for the Western District of Pennsylvania.

                          Respectfully submitted,

                          **MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
      LAUREN M. BURNETTE, ESQUIRE
      PA Bar No. 92412
      12276 San Jose Blvd.
      Suite 718
      Jacksonville, FL 32223
      (904) 527-1172
      (904) 683-7353 (fax)
      lburnette@messerstrickler.com
      *Counsel for Defendant*

Dated: September 13, 2021

## CERTIFICATE OF SERVICE

I certify that on September 13, 2021, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: September 13, 2021